IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOAQUIN MENDEZ                                                                      PLAINTIFF

v.                                              Case No. 2:15-CV-02057

LARRY CASTROP, and ARMSTRONG TOOL, LLC                          DEFENDANTS

**ORDER**

On April 14, 2015, the Court issued an order (Doc. 8) directing Defendants to correctly assert

the citizenship of each party to the case in order for the Court to be able to ascertain if it could

properly exercise jurisdiction.   In their response (Doc. 9), Defendants inform the Court that

subsequent investigation into the citizenship of Defendant Armstrong Tool, LLC revealed that a

member of the LLC is a citizen of Arkansas.   Defendants submit that this Court does not, in fact,

have jurisdiction.

Accordingly, as the Court lacks subject matter jurisdiction over this dispute, IT IS

ORDERED that this case be REMANDED to the Circuit Court of Crawford County, Arkansas.

IT IS SO ORDERED this 22nd day of April, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE